# SUPREME COURT OF PENNSYLVANIA

132 A.3d 456–460

| | | | |
|---|---|---|---|
| Baby S., In re; S.S., In re [1] .......... | 03/01/2016 | 969 MAL (2015) | Denied | Pa.Super., 128 A.3d 296 |
| Bukovinsky v. G4S Solutions [2] ....... | 02/22/2016 | 445 WAL (2015) | Denied | Pa.Super., 131 A.3d 93 |
| Com. v. Allen [3] ..... | 02/24/2016 | 671 MAL (2015) | Denied | Pa.Super., 131 A.3d 81 |
| Com. v. Banks [4] .... | 02/29/2016 | 521 EAL (2015) | Denied | Pa.Super., 131 A.3d 99 |
| Com. v. Berlin [5] .... | 02/29/2016 | 307 WAL (2015) | Denied | Pa.Super., 122 A.3d 1149 |
| Com. v. Bishop [6] ... | 02/29/2016 | 459 EAL (2015) | Denied | Pa.Super., 122 A.3d 1145 |
| Com. v. Brown [7] .... | 03/01/2016 | 582 MAL (2015) | Denied | Pa.Super., 125 A.3d 444 |

1. Justice EAKIN did not participate in the decision of this matter.
2. Justice EAKIN did not participate in the decision of this matter.
3. Justice EAKIN did not participate in the decision of this matter.
4. Justice EAKIN did not participate in the decision of this matter.
5. Justice EAKIN did not participate in the decision of this matter.
6. Justice EAKIN did not participate in the decision of this matter.
7. Justice EAKIN did not participate in the decision of this matter.